UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
SHANLING SHUI,

                Plaintiff,                        20-cv-7298 (PKC)

     -against-                               ORDER

PRODIGY NETWORK, LLC, and PRODIGY
SHOREWOOD DOMESTIC FEEDER REP
FUND, LLC, and 17 JOHN PREFERRED, INC,
and PN NEWCO, INC, and 84 WILLIAM
STREET NEWCO, INC,

                Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        Plaintiff Shanling Shui moves for a default judgment against defendants Prodigy Network, LLC, Prodigy Shorewood Domestic Feeder REP Fund, LLC, 17 John Preferred, Inc., PN NewCo, Inc., and 84 William Street NewCo, Inc. (Docs 38 and 39).

        The undersigned's individual practices on default judgments require that any default judgment application comply with Local Civil Rules 55.1 and 55.2. Hon. P. Kevin Castel, Default Judgment Procedure (Oct. 17, 2007). Local Civil Rule 55.2(c) provides that, unless otherwise ordered by the Court, all papers submitted in support of a party's default judgment application "shall simultaneously be mailed to the party against whom a default judgment is sought at the last known residence of such party (if an individual) or the last known business address of such party (if a person other than an individual)." This rule further requires that proof of such mailing be filed with the Court.

        Shui's application for a default judgment fails to comply with the above-referenced Local Civil Rules. The application is DENIED without prejudice.

- 2 -

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
April 15, 2021